## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>as subrogee of MAJESTIC REALTY COMPANY<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>GMD ROOFING, INC.<br><br>　　　　　　　Defendant | :<br>:<br>: CIVIL ACTION NO.<br>: 5:18-cv-01593-EGS<br>:<br>:<br>:<br>:<br>: |

## DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

The above-captioned action is voluntarily dismissed without prejudice against Defendant, GMD Roofing, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　COZEN O'CONNOR

　　　　　　　　　　　　　　　By: /s/ Mark T. Mullen
　　　　　　　　　　　　　　　　　MARK T. MULLEN, ESQUIRE
　　　　　　　　　　　　　　　　　PA Bar ID 40166
　　　　　　　　　　　　　　　　　One Liberty Place
　　　　　　　　　　　　　　　　　1650 Market Street
　　　　　　　　　　　　　　　　　Suite 2800
　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　(215) 665-2091
　　　　　　　　　　　　　　　　　mmullen@cozen.com

　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF